No. 00–1471. KENTUCKY ASSOCIATION OF HEALTH PLANS, INC., ET AL. v. MILLER, COMMISSIONER, KENTUCKY DEPARTMENT

OF INSURANCE. C. A. 6th Cir. [Certiorari granted, 536 U. S. 956.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of American Medical Association for leave to participate in oral argument as *amicus curiae* and for divided argument denied.